


UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVE MICHAEL COX,<br>Petitioner,<br>vs.<br>E.K. McDANIEL, *et al.*,<br>Respondents. | 3:07-cv-0540-BES-RAM<br>**ORDER** |

This action is a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, by Steve Michael Cox, a prisoner at Nevada's Ely State Prison.

On May 30, 2008, the Court granted petitioner's motion to proceed *in forma pauperis*. (Docket #5). Because the petition was not submitted on the Court's approved form, petitioner was ordered to file an amended petition on the proper form. (*Id.*). On June 18, 2008, petitioner filed an amended petition. (Docket #8).

The amended petition does not set forth a viable claim for habeas relief, and therefore must be dismissed. *See* Rule 4, Rules Governing Section 2254 Cases. In the amended petition, petitioner seeks to challenge the final judgment entered in another case filed in this Court, case number 3:03-cv-651-PMP-VPC. Petitioner may not challenge a ruling made by

this Court by means of filing this action, rather, petitioner may seek appellate review by a higher court. Because the instant petition fails to state a viable claim for habeas relief, it is dismissed with prejudice.

**IT IS THEREFORE ORDERED** that the instant petition is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions, including Docket #7 and Docket #9, are **DENIED.**

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability as to this action.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

DATED: This 3rd day of February, 2009.

UNITED STATES DISTRICT JUDGE